

FILED SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

FEB - 1 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITSUBISHI CATERPILLAR FORKLIFT AMERICA INC., a Delaware Corporation, ) <br><br> Plaintiff, ) <br><br> vs. ) <br><br> C. RICHARD COWAN and ZIBA COWAN, *et al.*, ) <br><br> Defendants. ) <br><br> _____ ) <br><br> AND RELATED CONSOLIDATED AND CROSS-ACTIONS. ) | JAMS Reference No.: 1200036150 <br><br> Hon. John W. Kennedy, Jr. (Ret.) <br><br> United States District Court <br> CASE NO. SACV 01-815 DOC (Anx) <br><br> [Consolidated with Civil Action Case No. SACV 01-1084 DOC (Anx)] <br><br> **JUDGMENT** |

WHEREAS, the Court having found in favor of Plaintiff MITSUBISHI

CATERPILLAR FORKLIFT AMERICA INC. ("MCFA") as against Defendants.

RICHARD COWAN and ZIBA COWAN (jointly and individually "COWANS"),

pursuant to the Findings filed by the Court on December 2, 2008, and November 19,

2009, both of which are incorporated herein,

WHEREAS, post-trial Submissions has been filed and decided, in accordance

therewith, on December 23, 2009,

WHEREAS, pursuant to the Agreement entered into by the parties in June, 2005,

this Court's prior Party Awards, as that term is defined in Recital A therein, would be

fully enforceable and  subject to collection, against the COWANS to the extent that the

COWANS concealed and failed to disclose Assets,

WHEREAS, the Court has found that Richard and Ziba Cowan possessed

undisclosed assets as of the date of the settlement and WHEREAS, the settlement agreement provided that the value of the undisclosed assets recovered by MCFA would be applied to the unpaid judgment of the trial court in this case.

WHEREAS, this Judgment is entered in accordance therewith.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1.      MCFA shall recover from Richard and Ziba COWAN the sum of $3,000,000;

2.      MCFA shall also recover from Richard and Ziba COWANS prejudgment interest on that amount at the rate of 10% per annum, from June 13, 2005, through January 5, 2010, which equals $1,370,952.92;

3.      MCFA shall also recover from Richard and Ziba COWAN its attorneys' fees and costs in the amount of $1,672,569.76; and

4.      MCFA shall also recover from Richard and Ziba COWAN post-judgment interest on all unpaid sums, at the rate of 0.29 %, compounded annually, from January 6, 2010, until the date of payment.

THAT JUDGMENT IN FAVOR OF MCFA IS SO ENTERED.


Hon. John W. Kennedy, Jr. (Ret.)
Special Master


February 1, 2010

David O. Carter
United States District Judge

## PROOF OF SERVICE BY U.S. MAIL

Re: Mitsubishi Caterpillar Forklift America Inc. vs. Marina Landscape, et al.
Reference No. 1200036150

I, Michelle Gonzales, not a party to the within action, hereby declare that on  January 18,

2010 I served the attached JUDGMENT on the parties in the within action by depositing true copies

thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States Mail,

Ontario, CALIFORNIA, addressed as follows:

Richard Specter
Corbett, Steelman & Specter
18200 Von Karman Ave.
Suite 900
Irvine, CA   92612

David Carter
US District Court, District of Santa Ana
411 W. Fourth St.
#1053
Santa Ana, CA   92701-4516

Philip Woog
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Blvd.
10th Floor
Costa Mesa, CA   92626-1977

I declare under penalty of perjury the foregoing to be true and correct. Executed at

Ontario, CALIFORNIA, on  January 18, 2010.

Michelle Gonzales